IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BOYD A. FROST,

    Plaintiff,

v.

SF CITY & COUNTY,

    Defendant.

No. C-03-03585 (EDL)

**ORDER FOLLOWING FURTHER CASE MANAGEMENT CONFERENCE**

Following the further case management conference held on July 12, 2005, the Court issues the following:

1) Depositions of Plaintiff Boyd Allen Frost and defendants Darryl Watts, Gabriela Rosales Fisher and Inspector Delgadillo will be taken no later than August 23, 2005;

2) Discovery cutoff is extended to October 22, 2005;

3) This case is no longer bifurcated. The last day to hear all dispositive motions is January 24, 2006 at 9:00 a.m;

4) The parties stipulate that defendants will not seek an IME based on plaintiff's claims because he is not claiming extraordinary emotional distress. Defendant may move for an IME on other grounds, if any, only if it has an adequate basis to do so;

5) All other provisions of the court's Case Management and Pretrial Order for Jury Trial (document 49) remain in effect.

**IT IS SO ORDERED.**

Dated: July 14, 2005

*Elizabeth D. Laporte*
ELIZABETH D. LAPORTE
United States Magistrate Judge