

CITY AND COUNTY OF SAN FRANCISCO

DENNIS J. HERRERA
City Attorney

OFFICE OF THE CITY ATTORNEY

EVAN H. ACKIRON
Deputy City Attorney

DIRECT DIAL: (415) 554-3856
E-MAIL: evan.ackiron@sfgov.org

July 19, 2005

Honorable James Larson
United States Magistrate Judge
United States District Court
for the Northern District of California
450 Golden Gate Avenue, 15th Floor
San Francisco, CA 94102

    Re: *Boyd Allen Frost v. CCSF*, USDC No. C03-3585 EDL (JL)

Dear Judge Larson:

    Judge Laporte referred the parties to your Honor for a settlement conference. On July 12, 2005 your clerk informed us that your Honor is available to conduct a settlement conference on September 27, 2005 at 10:00 a.m. If that date and time is still available, the parties request that the conference be so scheduled.

    Very truly yours,

    DENNIS J. HERRERA
    City Attorney

    /s/

    EVAN H. ACKIRON
    Deputy City Attorney



APPROVED
Judge James Larson
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

FOX PLAZA · 1390 MARKET STREET, SIXTH FLOOR, SAN FRANCISCO, CALIFORNIA 94102-5408
RECEPTION: (415) 554-3800 · FACSIMILE: (415) 554-3837

n:\lit\li2003\040011\00321785.doc