IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD A. FROST,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>SF CITY & COUNTY,<br><br>　　　　Defendant.<br>_____/ | No. C-03-03585 (EDL)<br><br>**ORDER WITHDRAWING REFERRAL<br>TO EARLY NEUTRAL EVALUATION** |

This matter was previously referred to the Court's ADR program for Early Neutral Evaluation. The case is currently scheduled for a Settlement Conference with Magistrate Judge Larson on September 27, 2005. Therefore, the referral to Early Neutral Evaluation is withdrawn.

**IT IS SO ORDERED.**

Dated: August 2, 2005

　　　　　　　　　　　　　　　　　　　　　　　　ELIZABETH D. LAPORTE
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge