LAW OFFICE OF
# Russell A. Robinson

345 GROVE STREET, FIRST FLOOR
SAN FRANCISCO, CA 94102
Telephone: 415.255.0462
Facsimile: 415.431.4526

September 22, 2005



Honorable James Larson
Chief Magistrate Judge
United States District Court
Northern District of California
Courtroom F, 15th Floor
450 Golden Gate Avenue
San Francisco CA 94102

**RE:**   *Frost v. City & County of San Francisco, et al. (No. C-03-3585-EDL)*

Dear Judge Larson:

This will confirm the parties have conferred regarding re-setting the settlement conference over which you are to preside.

The settlement conference shall take place on December 6, 2005, at 10:00 a.m., in this matter, if the date and time remain available. I received that date from your clerk on September 20, 2005, and confirmed the availability of my client and opposing counsel, Evan Ackiron.

Thank you for your courtesy and attention to the above.

Respectfully submitted,

/S/
Russell A. Robinson
RAR\hs
cc:         Evan Ackiron (Counsel for the defendants)