IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD A. FROST,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO, et al.,<br><br>        Defendants. | No. C-03-03585 EDL<br><br>**ORDER DENYING REQUEST FOR SIX-MONTH CONTINUANCE OF PRETRIAL AND TRIAL DATES** |

The Court has reviewed the parties' joint request to continue all pretrial and trial dates for approximately six months. The parties have not provided adequate justification for the lengthy requested continuance, especially in light of the lengthy delay already in this case. The Court is only willing to grant a shorter continuance. The Court already has trials scheduled throughout next summer and fall, but could accommodate the parties by double-setting this case for trial on June 26, 2006. The parties shall meet and confer and jointly propose pretrial dates based on this schedule in writing to the Court no later than December 7, 2005.

In the meantime, the parties shall meet and confer and schedule Plaintiff's independent medical examination and the remaining depositions as soon as possible.

**IT IS SO ORDERED.**

Dated: November 30, 2005

                                                            ELIZABETH D. LAPORTE
                                                            United States Magistrate Judge