```
 1  DENNIS J. HERRERA, State Bar #139669
    City Attorney
 2  JOANNE HOEPER, State Bar #114961
    Chief Trial Attorney
 3  BLAKE P. LOEBS, State Bar #145790
    Deputy City Attorney
 4  1390 Market Street, 6th Floor
    San Francisco, California 94102-5408
 5  Telephone:  (415) 554-3868
    Facsimile:  (415) 554-3837
 6
 7  Attorneys for Defendants
    CITY AND COUNTY OF SAN FRANCISCO,
 8  DARRYL WATTS AND GABRIELA FISCHER
 9
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD ALLEN FROST,<br><br>Plaintiff,<br><br>vs.<br><br>CITY AND COUNTY OF SAN FRANCISCO, AND POLICE OFFICER GABRIELA ROSALES AND POLICE OFFICER DARRYL WATTS, individually, and Does 1 to 20,<br><br>Defendants. | Case No. C03-3585 EDL<br><br>[~~PROPOSED~~] ORDER AMENDING CASE MANAGEMENT SCHEDULE<br>AS MODIFIED |

Based on the stipulation and joint request of the parties, good cause showing, the Court's previous case management orders, documents 49 and 54, are amended as follows:

| | |
|---|---|
| Discovery cut off | February 23, 2006 |
| Expert disclosures | March 17, 2006 |
| Rebuttal expert disclosures | March 31, 2006 |
| Expert discovery cut off | April 14, 2006 |
| Last day to hear dispositive motions | ~~April 14, 2006~~<br>April 11 |

Amended CMC Order                           1
Case No. C03-3585 EDL

| | | |
|---|---|---|
| 1 | Pretrial conference | June 6 ~~June 5,~~ 2006 |
| 2 | Trial | June 19 ~~June 26,~~ 2006 |

Dated: _____

DENNIS J. HERRERA
City Attorney
JOANNE HOEPER
Chief Trial Attorney
BLAKE P. LOEBS
Deputy City Attorney

By: _____
BLAKE P. LOEBS

Attorneys for Defendant
CITY AND COUNTY OF SAN FRANCISCO

Dated: 7 Dec 2005

Law Office of Russell A. Robinson

*Trial of June 19, 2006, is better for P's counsel.*

By: _____
RUSSELL A. ROBINSON

Attorneys for Plaintiff
BOYD ALLEN FROST

All other provisions of the Court's Case Management and Pretrial Order for Jury Trial (docket number 49) remain in effect.

**IT IS SO ORDERED.**

Dated: December 9, 2005

*IT IS SO ORDERED AS MODIFIED*
*Judge Elizabeth D. Laporte*

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge

Amended CMC Order
Case No. C03-3585 EDL

2