1  DENNIS J. HERRERA, State Bar #139669
   City Attorney
2  JOANNE HOEPER, State Bar #114961
   Chief Trial Deputy
3  ROBERT A. BONTA, State Bar #202668
   Deputy City Attorney
4  Fox Plaza
   1390 Market Street, Sixth Floor
5  San Francisco, California 94102-5408
   Telephone:     (415) 554-4268
6  Facsimile:     (415) 554-3837
   E-Mail:        robert.bonta@sfgov.org
7

8  Attorneys for Defendants
   CITY AND COUNTY OF SAN FRANCISCO,
9  DARRYL WATTS AND GABRIELA FISCHER

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12

13 | BOYD ALLEN FROST,                    | Case No. C03-3585 EDL
14 |        Plaintiff,                    | [**PROPOSED**] ORDER GRANTING
                                          | DEFENDANTS' MOTION TO
15 |   vs.                                | SHORTEN TIME TO HEAR
                                          | DEFENDANTS' MOTION TO
16 | CITY AND COUNTY OF SAN                | COMPEL PLAINTIFF'S DEPOSITION,
   | FRANCISCO, AND POLICE OFFICER         | PAYMENT OF IME CANCELLATION
17 | GABRIELA ROSALES AND POLICE          | FEES AND PAYMENT OF
   | OFFICER DARRYL WATTS,                 | ATTORNEY'S FEES SANCTIONS
18 | individually, and Does 1 to 20,       | AS MODIFIED
19 |        Defendants.                    |
                                           | Trial Date:    June 19, 2006
20

21

22

23       Pursuant to Civil Local Rule 6-3, Defendants City And County Of San Francisco, San

24  Francisco Police Officer Darryl Watts, and San Francisco Police Officer Gabriela Rosales

25  (collectively "Defendants") moved the Court for an order shortening time in which the Court will

26  hear "Defendants' Motion To Compel Plaintiff's Deposition, Payment Of IME Cancellation Fees

27  And Payment of Attorney's Fees Sanctions," which was filed therewith.  Defendants request that

28

[PROPOSED] ORDER GRANTING MST            1                          N:\LIT\LI2003\040011\00364232.DOC
USDC No. C03-3585 EDL

1 | the motion be heard along with other motions filed by defendants and (~~purportedly~~) plaintiff on
2 | April 11, 2006.

3 |     GOOD CAUSE APPEARING, the administrative motion is GRANTED.  Defendants'
4 | Motion To Compel Plaintiff's Deposition, Payment Of IME Cancellation Fees And Payment of
5 | Attorney's Fees Sanctions will be heard on April 11, 2006.

Plaintiff shall file an opposition to Defendant's motion no later than March 31, 2006. Defendant may file a reply no later than April 4, 2006.

6 |     IT IS SO ORDERED.

8 | Dated: ___March 22___, 2006

_____
HONORABLE ELIZABETH D. LAPORTE
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

*IT IS SO ORDERED*
*Elizabeth D. Laporte*
*Judge Elizabeth D. Laporte*

[PROPOSED] ORDER GRANTING MST
USDC No. C03-3585 EDL

2

N:\LIT\LI2003\040011\00364232.DOC