IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BOYD A. FROST,<br><br>            Plaintiff,<br><br>   v.<br><br> CITY AND COUNTY OF SAN FRANCISCO, et al.,<br><br>            Defendants. | No. C-03-03585 EDL<br><br>**ORDER DISMISSING WITHOUT PREJUDICE ALL REMAINING CLAIMS PURSUANT TO HECK V. HUMPHREY, 512 U.S. 477 (1994); VACATING ALL PRETRIAL AND TRIAL DATES; OPINION TO FOLLOW** |

The Court has reviewed the parties' pretrial materials. Plaintiff's remaining claims for excessive force and false arrest are dismissed without prejudice pursuant to Heck v. Humphrey, 512 U.S. 477 (1994). Plaintiff's pretrial materials reference a claim for failure to intervene, but the amended complaint does not contain such a claim, and Plaintiff did not seek or obtain leave to further amend. Nor would the Court grant leave at this late stage of the litigation. Because there are no remaining claims in this case, the Court vacates all pretrial and trial dates. The Court will issue a detailed opinion shortly.

**IT IS SO ORDERED.**

Dated: June 2, 2006

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge