1  Russell A. Robinson, 163937
   Law Office of Russell A. Robinson
2  345 Grove Street, First Floor
   San Francisco CA 94102
3  TEL:   415.255.0462
   FAX:   415.431.4526
4
   Attorneys for Plaintiff
5  BOYD ALLEN FROST

6

7                    UNITED STATES DISTRICT COURT

8                    NORTHERN DISTRICT OF CALIFORNIA

9

10 BOYD ALLEN FROST,                    ) No.    C-03-3585-EDL
                                        )
11         Plaintiff,                   ) **STIPULATION RE: DEFENSE BILL OF**
                                        ) **COSTS; [Proposed] ORDER**
12 v.                                   )
                                        )
13 GABRIELA ROSALES, DARRYL WATTS,      )
   and DOES 1-20,                       )
14                                      )
           Defendants.                  )
15 ───────────────────────────────────  )

16

17                           **STIPULATION**

18      The parties, through counsel of record, hereby agree and stipulate as follows:

19      Defendants filed and served their bill of costs on June 15, 2006.

20      On June 26, 2006, Plaintiff objected to two items in the defense bill of costs.

21      Counsel met and conferred and agreed that two items from the defense bill of costs

22 should be stricken and deducted from the claimed total.  These are as follows:

23      The March 27, 2006, invoice for $274.45 (exhibit C); and,

24      The Strategic Office Solutions invoice for $146.48 (exhibit D).

25      Therefore, from the total of $7,395.15 claimed as costs by the defense, the parties agree

26 *Frost v. C&CSF, et al.* (C-03-3585-EDL)
   STIPULATION RE: DEFENSE BILL OF COSTS;
   [Proposed] ORDER                                                              T016.costs

1    that $420.93 should be stricken from the defense bill of costs.

2    The allowable total for defense costs is $6,974.22.

3

4    Date: June 30, 2006          Law Office of Russell A. Robinson, APC

5
                                   _____/S/ Russell A. Robinson_____
6                                  By:    Russell A. Robinson
                                   Counsel for Plaintiff Boyd Allen Frost
7

8

9    Date: June 30, 2006          DENNIS J. HERRERA
                                   City Attorney
10                                 JOANNE HOEPPER
                                   Chief Trial Attorney
11                                 ROBERT A. BONTA
                                   Deputy City Attorney
12

13                                 _____/S/ Robert A. Bonta_____
                                   By:    ROBERT A. BONTA
14
                                   Attorneys for Defendants
15                                 CITY AND COUNTY OF SAN FRANCISCO,
                                   DARRYL WATTS AND GABRIELA FISCHER
16

17                                          **ORDER**

18   Good cause appearing,

19   Pursuant to the above, $420.93 shall be stricken and deducted from Defendants' bill of

20   costs. The allowable total for defense costs is $6,974.22, and that amount shall be awarded to

21   Defendants as the prevailing parties in this action.

22   **IT IS SO ORDERED.**

23
            August 3
24   Date:  ~~June~~ __, 2006
                                   _____
25                                 HON. ELIZABETH D. LAPORTE
                                   USDC, Northern District of California

26
*Frost v. C&CSF, et al.* (C-03-3585-EDL)
STIPULATION RE: DEFENSE BILL OF COSTS;
[Proposed] ORDER                                                    - 2 -                    T016.costs

*[Court seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA; IT IS SO ORDERED, signed Elizabeth D. Laporte, Judge Elizabeth D. Laporte]*